IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 Proceeding |
| Jessie Robinson | |
| | Case No.: 14-01445 |
| Debtor | Judge: Schmetterer |
| | Trustee: Vaughn |
| Jessie Robinson | Adversary No.: |
| Plaintiff(s) | |
| vs. | |
| JP MORGAN CHASE BANK, National Association, | |
| Individually, jointly and severally | |
| Defendant | |

**COMPLAINT TO DETERMINE SECURED STATUS PURSUANT
TO 11 U.S.C. § 506 OF JP MORGAN CHASE BANK, National Association**

Now comes the Debtor(s), JESSIE ROBINSON, (hereinafter the "Debtors"), in the above-captioned bankruptcy by and through her attorneys, LAW OFFICES OF GLENDA J. GRAY, to Determine the Secured Status pursuant to 11 U.S.C. §506, and complains as follows:

1. The Debtor filed a petition for relief under Chapter 13 of the United States Code (the "Bankruptcy Code") on January 17, 2014.

2. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (hereinafter "MERS"), was the original mortgagee. It sold the mortgage and note to JP MORGAN CHASE BANK, National Association, (hereinafter "CHASE"). CHASE'S corporate offices are located at 270 Park Avenue, New York City, New York 10017. Said loan is being serviced by Chase. The law firm of Freedman Anselmo Lindberg LLC of 1807 Diehl Road, Suite 333, Naperville,

Illinois 60563-1890 filed an Appearance/Request Notice in the underlying Chapter 13 on Chase's behalf. (Please refer to Exhibit "B" attached hereto, incorporated herein and made a part hereof).

3. The subject property is commonly known as 8443 South Honore Chicago, Illinois 60620, having parcel identification number of 20-31-410-074-0000 and legally described as:

LOT 32 (EXCEPT THE NORTH 15 FEET THEREOF) AND ALL OF LOT 31 IN BLOCK 10 IN SUBDIVISION OF BLOCKS 8, 9, AND 10 IN MEWMAN AND HART'S ADDITION TO ENGLEWOOD HEIGHTS, A SUBDIVISION OF THE NORTH ½ OF THE SOUTHEAST ¼ (EXCEPT THE WEST 10 ACRES) OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

(hereinafter referred to as the "Subject Property").

4. The Real Property is the Debtor's income property and/or 2nd residence.

5. The Debtor's is indebted to certain creditors holding mortgage liens against the Real Property as follows:

| **Name of Mortgage/lien holder** | **Date of Document** | **Date of Lien** | **Amount** |
|---|---|---|---|
| • **JP Morgan Chase Bank, N.A.** | 10/19/2007 | 12/18/2007 | $198,658.50 |
| • **City of Chicago** | 04/18/2011 | 08/17/2077 | $ 3,075.00 |
| • **City of Chicago** | 02/29/2012 | 07/03/2012 | $    775.00 |

## BACKGROUND

6. The Debtor(s), JESSIE ROBINSON, purchased the Subject Property on or about July 20, 2004 by a Trustee's Warranty Deed recorded on August 6, 2004, as document number 0421942056 in the Cook County Recorder of Deeds' Office (hereinafter referred to as the "Recorder of Deeds"). Debtor obtained said property by securing a first mortgage. Said Mortgage has been paid off and released with the proceeds from the subject mortgage's loan proceeds.

7. The Debtor refinanced this property with MERS, said document was recorded as document numbered 0735248038; said mortgage was assigned to CHASE on April 16, 2013 by document numbered 1212122035.

8. There are certain city ordinance violations liens recorded against the property subsequent to said mortgage. Said liens total approximately $3,850.00. Said liens are building code liens and are not dischargeable through the bankruptcy.

9. Due to the declining economy the value of the Debtors' residence declined in value.

10. The Debtor has obtained a valuation of the subject property and said valuation valued the property at $53,000.00 per an actual appraisal from a certified licensed appraiser on May 9, 2014. (See page 3 of the certified appraisal attached hereto, incorporated herein and made a part hereof as Exhibit "A" to this Adversary Complaint.)

11. The first mortgage is under secured since the value of the subject property has drastically decreased due to the current market value of Debtor's property.

**Determination of Secured Status**

12. Bankruptcy Code §506(a) provides that:

> An allowed claim of a creditor secured by a lien on property in which the estate has an interest . . . is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property . . . and is an unsecured claim to the extent that the value of such creditor's interest . . . is less than the amount of such allowed claim.

11 U.S.C. §506(a).

13. Consistent with Bankruptcy Code §506(a) and the decision of the Third Circuit Court of Appeals in the case of In Re McDonald, 205 F.3d 606 (3rd Cir.2000), the mortgage held by JP Morgan Chase Bank, N.A. having a payoff of $198658.50 is wholly under secured relative

to the Subject Property, JP Morgan Chase Bank, N.A., not in any respect a holder of a claim secured by the Debtor's residence and, as such, holds only an unsecured claim as to the mortgage claim. (See McDonald at p. 612) (See copy of claim filed by JP Morgan Chase Bank, N.A. attached as Exhibit "C") See McDonald at p.612.)

14. Based upon the current valuation of Debtor's property and the balance owed on Debtor's first mortgage held by CHASE the mortgage is under secured. Wholly unsecured mortgages may be avoided thereby stripping off the lien of the unsecured mortgage holder. In re Mann, 249 B.R. 831 (1st Cir. BAP 2000); In re: Pond, 252 F. 3d 1222 (2nd Cir. 2001).

WHEREFORE, the Debtor, JESSIE ROBINSON, respectfully request that this Honorable Court enter an Order:

(i) Granting judgment in Debtor's favor finding that the "First Mortgage" held by CHASE and obtained on or about October 19, 2007 in the amount of at least $140,000.00 be declared under secured and that the balance owed in the amount in excess of $53,000.00 on the Debtor's secondary/income property located at 8443 South Honore Chicago, Illinois 60620 in accordance with the findings herein; and

(ii) Granting any other relief deemed necessary, equitable and just.

    Respectfully submitted,

    JESSIE ROBINSON

    By:   /s/ Glenda J. Gray
         One of her attorneys

LAW OFFICES OF GLENDA J. GRAY
Attorney for Debtors/Plaintiffs
223 West Jackson – Suite 1116
Chicago, Illinois 60606
(312) 386-1010