IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-01445 |
| ) | Adversary No. 14-00354 |
| **Jessie Robinson** ) | CH 13 |
| ) | Honorable Judge Jack B. Schmetterer |
| DEBTOR(S). ) | |
| ) | |
| **Jessie Robinson** ) | |
| Plaintiff ) | |
| vs. ) | |
| **JPMorgan Chase Bank, National Association,**) | |
| Defendant. ) | |

## AGREED JUDGMENT ORDER RESOLVING CRAMDOWN OF THE PROPERTY LOCATED AT 8443 SOUTH HONORE STREET, CHICAGO, IL 60620

NOW COMES JPMorgan Chase Bank, National Association, by and through its attorneys, Freedman Anselmo Lindberg LLC, and the Debtor, Jessie Robinson, by and through his/her attorney, Glenda Gray, on the settlement of the property value of the property located at 8443 South Honore Street, Chicago, IL 60620 (hereinafter the "Property"); the parties being in agreement; the Court hereby Orders as follows:

IT IS HEREBY ORDERED:

1. Both parties are in agreement to value the Property as of the Petition Date at $54,000.00 and the lien held by JPMorgan Chase Bank, National Association is reduced to that amount.

2. JPMorgan Chase Bank, National Association is the holder of an allowed claim secured by the property described above in the amount of $54,000.00 which accrues interest at the rate of 6.00% per annum. The remaining balance due to JPMorgan Chase Bank, National Association shall be allowed as an unsecured claim.

3. The $54,000.00 value does not include post-petition escrow advances for the 2013 taxes of $2,212.47.

4. The parties acknowledge and agree upon an approximate monthly payment from the Chapter 13 Trustee in the amount of $1,043.97, for full payment of the amount referenced in paragraph 3.

5. JPMorgan Chase Bank, National Association shall release its lien upon discharge of

the Debtor.

6. The Debtor shall make direct monthly payments to JPMorgan Chase Bank, National Association in the amount of $346.54 for escrow payments only for real estate taxes, which amount is subject to change with a proper Notice of Payment Change.

7. The above-captioned adversary case is hereby closed and terminated.

Agreed to:

_____
Attorney for Debtor
*For Grady Gray*

_____
Attorney for Creditor

_____
UNITED STATES BANKRUPTCY JUDGE

Crystal V. Sava
ARDC 6300765
Freedman Anselmo Lindberg LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563
630-453-6960
630-428-4620 fax

JAN 14 2015

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**